UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VIVIAN JUNE LEMIEUX,

          Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

          Defendant.

Case No. C18-5436JLR

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Vivian June Lemieux applies to proceed *in forma pauperis* for an action seeking judicial review of the administrative decision denying Ms. Lemieux's application for Social Security benefits. (IFP Mot. (Dkt. #1).) For the reasons discussed below, the court DENIES Ms. Lemieux's application to proceed *in forma pauperis* (Dkt. #1).

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot

because of his [or her] poverty pay or give security for the costs and still be able to provide himself [or herself] and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

Ms. Lemieux has not shown that she is unable to pay the full filing fee to proceed with this lawsuit. Ms. Lemieux does not identify any monthly expenses that she incurs, and states that she has no dependents. (IFP Mot. at 2.) She states that she has $500.00 in a checking account, and $17,000.00 in a savings account. (*Id.*) She also states that she received $25,000.00 from her mother's estate in the last twelve months. (*Id.* at 1.) Ms. Lemieux's only explanation for why she cannot pay the filing fee is that she is homeless staying with relatives, and plans to use the money she has "for housing." (*Id.* at 2.) Based on the information provided, the court finds Ms. Lemieux has failed to demonstrate that she "cannot because of [her] poverty pay or give security for the costs and still be able to provide [herself] . . . with the necessities of life." *See Adkins*, 335 U.S. at 339 (internal alterations omitted). Ms. Lemieux may reapply to proceed *in forma pauperis*, however, if her circumstances change.

Accordingly, the court DENIES Ms. Lemieux's application to proceed *in forma pauperis* WITHOUT PREJUDICE. Ms. Lemieux has 30 days from the date of this order to pay the full $400.00 filing fee or reapply to proceed *in forma pauperis* based upon changed circumstnaces. If the court does not receive the filing fee or a new application within 30 days, the court will dismiss this action WITHOUT PREJUDICE.

///

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2

DATED this 5th day of June, 2018.

*[signature]*
JAMES L. ROBART
United States District Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 3